# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 11-53611 |
| Kevin Lynn Brown | : | |
| Kelly Lynn Brown | : | Chapter 13 |
| | : | Judge Hoffman |
| Debtors. | : | |

## NOTICE OF FILING OF CHANGE OF ADDRESS

Now come the Debtors, Kevin and Kelly Brown, through counsel, who respectfully notifies the Court that KEVIN (only) has moved and that his new address is as follows:

PO Box 541
Westerville OH 43086

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**
4876 Cemetery Road
Hilliard, OH 43026
(614) 529-8600
(614) 529-8656
jenobile@ntlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2015 a true copy of the foregoing Notice of Filing of Change of Address was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: The Office of the U.S. Trustee and The Chapter 13 Trustee.

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**